## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Paula A. Behm

: NO. 17-16272-amc

### ORDER GRANTING EXTENSION OF TIME

AND NOW, this 2nd day of October, 2017, upon consideration of the Debtor's Application for a Extension of Time to file Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income, it is hereby ORDERED that the debtor's Application is Granted. The Debtor shall have until October 18, 2017 to file her Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income.

BY THE COURT:

_____
**ASHELY M. CHAN**
United States Bankruptcy Judge