United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-16272-amc
Paula A. Behm                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR            Page 1 of 1              Date Rcvd: Oct 19, 2017
                        Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db             +Paula A. Behm,    91 Florence Avenue,    Aston, PA 19014-2127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
      JOHN G. GRAY    on behalf of Debtor Paula A. Behm esqjgray@aol.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
       Nissan-Infiniti LT ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                 TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:** : CHAPTER 13
  Paula A. Behm

: NO. 17-16272-amc

**ORDER GRANTING EXTENSION OF TIME**

AND NOW, this 19th day of October, 2017, upon consideration of the Debtor's Second Application for a Extension of Time to file Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income, it is hereby ORDERED that the debtor's Application is Granted. The Debtor shall have until October 28, 2017 to file her Schedules, Statement of Affairs, Plan and Statement of Current Monthly Income. **No further extension will be granted.**

BY THE COURT:

**ASHELY M. CHAN**
United States Bankruptcy Judge