# Profit and Loss Statement
### 3/1/2017 through 8/30/2017 (Cash Basis)

| Category | 3/1/2017-<br>8/30/2017 |
|---|---|
| **INCOME** | |
| Sales (Business) | 133,712.44 |
| **TOTAL INCOME** | **133,712.44** |
| | |
| **EXPENSES** | |
| Advertising (Business) | 101.25 |
| Car & Truck (Business) | |
| Fuel | 3,659.15 |
| Insurance | 1,024.62 |
| Payment | 1,973.61 |
| Rental | 139.16 |
| repairs | 130.00 |
| Tolls | 1,204.84 |
| TOTAL Car & Truck (Business) | 8,131.38 |
| Cores | 98,589.97 |
| Meals & Entertainment (Business) | 45.52 |
| Office Expenses (Business) | 338.87 |
| Dues | 110.00 |
| TOTAL Office Expenses (Business) | 448.87 |
| Postage and Delivery (Business) | 446.49 |
| Supplies (Business) | 10.60 |
| Utilities (Business) | |
| Telephone (Business) | 1,717.87 |
| TOTAL Utilities (Business) | 1,717.87 |
| **TOTAL EXPENSES** | **109,491.95** |
| | |
| **OVERALL TOTAL** | **24,220.49** |

# Profit and Loss Statement - Mar 2017
## 3/1/2017 through 3/31/2017 (Cash Basis)

| Category | 3/1/2017-<br>3/31/2017 |
|---|---|
| **INCOME** | |
| Sales (Business) | 25,693.59 |
| **TOTAL INCOME** | **25,693.59** |
| **EXPENSES** | |
| Car & Truck (Business) | |
| Fuel | 619.51 |
| Insurance | 165.33 |
| Payment | 300.00 |
| repairs | 130.00 |
| Tolls | 155.00 |
| TOTAL Car & Truck (Business) | 1,369.84 |
| Cores | 21,592.00 |
| Office Expenses (Business) | |
| Dues | 6.99 |
| TOTAL Office Expenses (Business) | 116.99 |
| Postage and Delivery (Business) | 212.17 |
| Utilities (Business) | |
| Telephone (Business) | 687.32 |
| TOTAL Utilities (Business) | 687.32 |
| **TOTAL EXPENSES** | **23,978.32** |
| **OVERALL TOTAL** | **1,715.27** |

# Profit and Loss Statement - Apr 2017
## 4/1/2017 through 4/30/2017 (Cash Basis)

| Category | 4/1/2017-<br>4/30/2017 |
|---|---|
| **INCOME** | |
| Sales (Business) | 19,910.90 |
| **TOTAL INCOME** | **19,910.90** |
| | |
| **EXPENSES** | |
| Car & Truck (Business) | |
| Fuel | 403.85 |
| Insurance | 165.33 |
| Payment | 300.00 |
| Tolls | 155.00 |
| TOTAL Car & Truck (Business) | 1,024.18 |
| Cores | 13,985.47 |
| Postage and Delivery (Business) | 103.39 |
| **TOTAL EXPENSES** | **15,113.04** |
| | |
| **OVERALL TOTAL** | **4,797.86** |

# Profit and Loss Statement - May 2017
## 5/1/2017 through 5/31/2017 (Cash Basis)

| Category | 5/1/2017-<br>5/31/2017 |
|---|---|
| **INCOME** | |
| Sales (Business) | 25,591.56 |
| **TOTAL INCOME** | **25,591.56** |
| | |
| **EXPENSES** | |
| Advertising (Business) | 101.25 |
| Car & Truck (Business) | |
| Fuel | 782.76 |
| Tolls | 194.84 |
| TOTAL Car & Truck (Business) | 977.60 |
| Cores | 18,529.00 |
| Office Expenses (Business) | 331.88 |
| Postage and Delivery (Business) | 130.93 |
| Utilities (Business) | |
| Telephone (Business) | 684.96 |
| TOTAL Utilities (Business) | 684.96 |
| **TOTAL EXPENSES** | **20,755.62** |
| | |
| **OVERALL TOTAL** | **4,835.94** |

# Profit and Loss Statement - Jun 2017
6/1/2017 through 6/30/2017 (Cash Basis)

| Category | 6/1/2017-<br>6/30/2017 |
|---|---|
| **INCOME** | |
| Sales (Business) | 17,815.44 |
| **TOTAL INCOME** | **17,815.44** |
| **EXPENSES** | |
| Car & Truck (Business) | |
| Fuel | 614.09 |
| Insurance | 346.48 |
| Payment | 773.61 |
| Rental | 139.16 |
| Tolls | 310.00 |
| TOTAL Car & Truck (Business) | 2,183.34 |
| Cores | 11,915.00 |
| Supplies (Business) | 10.60 |
| **TOTAL EXPENSES** | **14,108.94** |
| **OVERALL TOTAL** | **3,706.50** |

# Profit and Loss Statement - Jul 2017

7/1/2017 through 7/31/2017 (Cash Basis)

| Category | 7/1/2017-<br>7/31/2017 |
|---|---|
| **INCOME** | |
| Sales (Business) | 23,648.60 |
| **TOTAL INCOME** | **23,648.60** |
| **EXPENSES** | |
| Car & Truck (Business) | |
| Fuel | 522.63 |
| Insurance | 173.74 |
| Tolls | 195.00 |
| TOTAL Car & Truck (Business) | 891.37 |
| Cores | 14,667.00 |
| Utilities (Business) | |
| Telephone (Business) | 345.59 |
| TOTAL Utilities (Business) | 345.59 |
| **TOTAL EXPENSES** | **15,903.96** |
| **OVERALL TOTAL** | **7,744.64** |

# Profit and Loss Statement - Aug 2017
## 8/1/2017 through 8/31/2017 (Cash Basis)

| Category | 8/1/2017-<br>8/31/2017 |
|---|---|
| **INCOME** | |
| Sales (Business) | 22,914.75 |
| **TOTAL INCOME** | **22,914.75** |
| | |
| **EXPENSES** | |
| Car & Truck (Business) | |
| Fuel | 797.36 |
| Insurance | 173.74 |
| Payment | 600.00 |
| Tolls | 195.00 |
| TOTAL Car & Truck (Business) | 1,766.10 |
| Cores | 17,901.50 |
| Meals & Entertainment (Business) | 45.52 |
| **TOTAL EXPENSES** | **19,713.12** |
| | |
| **OVERALL TOTAL** | **3,201.63** |

# Profit and Loss Statement - Sep 2017
9/1/2017 through 9/30/2017 (Cash Basis)

| Category | 9/1/2017-<br>9/30/2017 |
|---|---|
| **INCOME** | |
| Sales (Business) | 26,123.60 |
| **TOTAL INCOME** | **26,123.60** |
| **EXPENSES** | |
| Advertising (Business) | 126.22 |
| Car & Truck (Business) | |
| Fuel | 678.98 |
| Inssurance | 173.74 |
| repairs | 384.53 |
| Tolls | 390.00 |
| TOTAL Car & Truck (Business) | 1,627.25 |
| Cores | 19,642.00 |
| Postage and Delivery (Business) | 23.42 |
| Utilities (Business) | |
| Telephone (Business) | 292.97 |
| TOTAL Utilities (Business) | 292.97 |
| **TOTAL EXPENSES** | **21,711.86** |
| **OVERALL TOTAL** | **4,411.74** |