IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: PAULA A. BEHM ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| NISSAN MOTOR ACCEPTANCE ) | |
| CORPORATION, SERVICER FOR ) | CASE NO. 17-16272 (AMC) |
| NISSAN-INFINITI LT ) | |
| **Moving Party** ) | HEARING DATE: **11-14-17 at 11:00 AM** |
| v. ) | |
| ) | |
| PAULA A. BEHM ) | |
| **Respondent(s)** ) | 11 U.S.C. 362 |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |
| ) | |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of Nissan Motor Acceptance Corporation, Servicer For Nissan-Infiniti LT, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2015 Nissan Altima** bearing vehicle identification number 1N4AL3AP7FC194225 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **November 14, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE