United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Paula A. Behm  
    Debtor

Case No. 17-16272-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Nov 14, 2017  
                  Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2017.  
db          +Paula A. Behm,    91 Florence Avenue,    Aston, PA 19014-2127  
cr           Nissan Motor Acceptance Corporation, Servicer for,    PO Box 660366,    Dallas, TX   75266-0366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2017 at the address(es) listed below:  
       JOHN G. GRAY    on behalf of Debtor Paula A. Behm esqjgray@aol.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
        bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
       WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for  
        Nissan-Infiniti LT ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                 TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: PAULA A. BEHM ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| NISSAN MOTOR ACCEPTANCE ) | |
| CORPORATION, SERVICER FOR ) | CASE NO. 17-16272 (AMC) |
| NISSAN-INFINITI LT ) | |
| **Moving Party** ) | HEARING DATE: **11-14-17 at 11:00 AM** |
| v. ) | |
| ) | |
| PAULA A. BEHM ) | |
| **Respondent(s)** ) | 11 U.S.C. 362 |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of Nissan Motor Acceptance Corporation, Servicer For Nissan-Infiniti LT, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2015 Nissan Altima** bearing vehicle identification number 1N4AL3AP7FC194225 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **November 14, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE