# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-16272-AMC

PAULA A BEHM

91 FLORENCE AVENUE

ASTON, PA 19014

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PAULA A BEHM

    91 FLORENCE AVENUE

    ASTON, PA 19014

Counsel for debtor(s), by electronic notice only.

    JOHN G. GRAY
    PO BOX 339

    LIMA, PA 19037-

Date: 12/6/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee