United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-16272-amc
Paula A. Behm                                                               Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1                  Date Rcvd: Dec 13, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db             +Paula A. Behm,    91 Florence Avenue,    Aston, PA 19014-2127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
      JOHN G. GRAY    on behalf of Debtor Paula A. Behm esqjgray@aol.com
      KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION KMcDonald@blankrome.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
       Nissan-Infiniti LT ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Paula A. Behm<br>　　　　　　　Debtor | CHAPTER 13 |
| PNC Bank, National Association<br>　　　　　　　Movant<br>vs. | NO. 17-16272 AMC |
| Paula A. Behm　　　　Debtor<br>Ricky Behm　　　　　Co-Debtor | |
| William C. Miller Esq.　Trustee | 11 U.S.C. Sections 105, 362(d) 1301(c) and<br>1307(c) |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the Motion of PNC Bank, National Association to Dismiss the Bankruptcy Case of Paula A. Behm, pursuant to 11 U.S.C. §§ 105 and 1307(c), or in the alternative for relief from the automatic stay and co-debtor stay pursuant to 11 U.S.C. §§ 362(d) and 1301(c), and any response thereto, it is hereby:

~~ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and this case is~~ DISMISSED; and it is hereby

~~FURTHER~~ ORDEREED AND DECREED that PNC Bank, National Association is hereby granted relief from the automatic stay to proceed with the exercise of all its rights and remedies with respect to the real property located at 91 Florence Avenue, Aston, PA 19014; and it is hereby

~~FURTHER ORDERED AND DECREED that both the Debtor and Co-Debtor are hereby prohibited from filing another bankruptcy case for a period of 180 days from the date of the entry of this Order; and it is hereby~~

FURTHER ORDERED AND DECREED that any subsequent bankruptcy filing by the Debtor or Co-Debtor shall not preclude PNC Bank, National Association from proceeding with its mortgage foreclosure action, judgment and sheriff's sale of the property located at 91 Florence Avenue, Aston, PA 19014, and any subsequent action for possession of the said property.

_____
United States Bankruptcy Judge.