IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| PAULA A. BEHM, | : | |
| | : | DOCKET NO.: 17-16272-AMC |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE, | : | OBJECTION TO PLAN |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | JANUARY 2, 2018, at 10:00 A.M. |
| v. | : | |
| | : | |
| PAULA A. BEHM, | : | |
| | : | RELATED TO DOCKET NO.: 51 |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on December 27, 2017, by:

**17-16272-AMC Notice will be electronically mailed to:**

William Edward Craig at ecfmail@mortoncraig.com, mhazlett@mortoncraig.com, mortoncraigecf@gmail.com

John G. Gray at esqjgray@aol.com

Kevin G. McDonald at KMcDonald@blankrome.com

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.PH.ECF@usdoj.gov

**17-16272-AMC Notice will not be electronically mailed to:**

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541


EXECUTED ON:  December 28, 2017

                                        Respectfully submitted by,


                        By:    /s/ Joseph J. Swartz
                               Counsel
                               PA Department of Revenue
                               Office of Chief Counsel
                               P.O. Box 281061
                               Harrisburg, PA 17128-1061
                               PA Attorney I.D.:  309233
                               Phone: (717) 346-4645
                               Facsimile: (717) 772-1459
                               JoseSwartz@pa.gov