## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :      Chapter 13
     Paula A. Behm                               :
                                                :      Bankruptcy No. 17-16272AMC
          Debtor.                            :

# <u>O R D E R</u>

**AND NOW**, this 8th day of January, 2018, the Debtor having filed the above bankruptcy case on September 14, 2017,

**AND**, the Debtor having filed two (2) prior bankruptcy cases before the present case: Including case number 16-13589, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on May 19, 2016 and dismissed on September 13, 2016 for failure to make plan payments,

Including case number 16-16556, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on September 16, 2016 and dismissed on May 19, 2017 for failure to make plan payments,

**AND,** the docket reflecting that the Debtor has failed to make plan payments as requested by the Chapter 13 Trustee,

**AND,** and the debtor having failed to appear at the hearing on the Trustee's Motion to Dismiss scheduled for January 2, 2018,

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the

Debtor's right to refile another bankruptcy case is **SCHEDULED on January 30, 2018 at 11:00**

**a.m. in Bankruptcy Courtroom No. 5, Second Floor, Robert N.C. Nix Building &**

**Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this

bankruptcy case should not be dismissed for Debtor's failure to make plan payments as requested

by the Chapter 13 Trustee.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing

scheduled above, this case may be dismissed without further notice and an Order may be entered

**barring the Debtor from filing future bankruptcy cases for a period of 365 days,** either

individually or jointly, without first seeking court approval.  See, e.g., In re Casse, 198 F. 3d 327

(2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge


Copies to:

Paula a. Behm
91 Florence Avenue
Aston, PA  19014

John G. Gray, Esquire
P.O. Box 339
Lima, PA  19037

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy