United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16272-amc
Paula A. Behm                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Jan 09, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2018.
db             +Paula A. Behm,    91 Florence Avenue,    Aston, PA 19014-2127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
      JOHN G. GRAY    on behalf of Debtor Paula A. Behm esqjgray@aol.com
      JOSEPH JASPER SWARTZ     on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
       RA-occbankruptcy6@state.pa.us
      KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION KMcDonald@blankrome.com
      REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
       Nissan-Infiniti LT ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :     Chapter 13
    Paula A. Behm                   :
                                    :     Bankruptcy No. 17-16272AMC
         Debtor.                    :

# ORDER

**AND NOW**, this 8th day of January, 2018, the Debtor having filed the above bankruptcy case on September 14, 2017,

**AND**, the Debtor having filed two (2) prior bankruptcy cases before the present case:

Including case number 16-13589, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on May 19, 2016 and dismissed on September 13, 2016 for failure to make plan payments,

Including case number 16-16556, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on September 16, 2016 and dismissed on May 19, 2017 for failure to make plan payments,

**AND**, the docket reflecting that the Debtor has failed to make plan payments as requested by the Chapter 13 Trustee,

**AND**, and the debtor having failed to appear at the hearing on the Trustee's Motion to Dismiss scheduled for January 2, 2018,

**AND**, it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on January 30, 2018 at 11:00 a.m. in Bankruptcy Courtroom No. 5, Second Floor, Robert N.C. Nix Building & Courthouse, 900 Market Street, Philadelphia, Pennsylvania** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to make plan payments as requested by the Chapter 13 Trustee.

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 365 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Paula a. Behm
91 Florence Avenue
Aston, PA  19014

John G. Gray, Esquire
P.O. Box 339
Lima, PA  19037

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy