UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :
                                            :     Chapter 13
      Paula A. Behm                         :
                                            :     Bankruptcy No. 17-16272AMC
            Debtor.                         :

# O R D E R

**AND NOW**, this 30th day of January, 2018, the Debtor having filed the above

bankruptcy case on September 14, 2017,

      **AND**, the Debtor having filed two (2) prior bankruptcy cases before the present case:

      Including case number 16-13589, a Chapter 13 case filed in the Eastern District of

Pennsylvania Bankruptcy Court on May 19, 2016 and dismissed on September 13, 2016 for

failure to make plan payments,

      Including case number 16-16556, a Chapter 13 case filed in the Eastern District of

Pennsylvania Bankruptcy Court on September 16, 2016 and dismissed on May 19, 2017 for

failure to make plan payments,

      **AND,** the docket reflecting that the Debtor has failed to make plan payments as requested

by the Chapter 13 Trustee,

      **AND,** and the debtor having failed to appear at the show cause hearing scheduled for

January 30, 2018,

      For the reasons stated in open court, the Court finds that the debtor has filed this case in

bad faith.  The debtor's current bankruptcy case is hereby **DISMISSED**.  Accordingly it is

**ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365

days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, she should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 17-16272, and shall serve such motion upon all of her creditors and the United States Trustee.

Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Paula a. Behm
91 Florence Avenue
Aston, PA  19014

John G. Gray, Esquire
P.O. Box 339
Lima, PA  19037

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy