```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                             Case No. 17-16272-amc
Paula A. Behm                                                      Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2           User: DonnaR                 Page 1 of 2                   Date Rcvd: Jan 31, 2018
                               Form ID: pdf900              Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
db             +Paula A. Behm,    91 Florence Avenue,    Aston, PA 19014-2127
cr              Nissan Motor Acceptance Corporation, Servicer for,    PO Box 660366,    Dallas, TX 75266-0366
13983434       +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
13983435       +Chase Freedom,    PO Box 15298,    Wilmington, DE 19850-5298
13983432       +John G. Gray,    John G. Gray, Esquire,    PO Box 339,    Lima, PA 19037-0339
13987735        Nissan,    POB 660366,    Dallas, TX 75266-0366
13983437       +Nissan Motors Acceptance Corp,    PO Box 660360,    Dallas, TX 75266-0360
13983438       +PA Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
13983439       +PNC Mortgage,    PO Box 8807,    Dayton, OH 45401-8807
13983441       +Riddle Hospital,    PO Box 781242,    Philadelphia, PA 19178-1242
13983442       +St Mary's,    1201 Langhorn-Newtown Road,    Langhorn, Pa 19047-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 01 2018 02:17:59      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 01 2018 02:17:48       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2018 02:19:39      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13983436        E-mail/Text: cio.bncmail@irs.gov Feb 01 2018 02:17:17      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14008508       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 01 2018 02:17:38      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14012159        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2018 02:19:52
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13984290       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2018 02:19:52
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13983440       +E-mail/Text: bankruptcynotices@psecu.com Feb 01 2018 02:18:11      PSECU,    PO Box 67013,
                 Harrisburg, PA 17106-7013
14010119        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 01 2018 02:17:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14005092*      +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
14005093*      +Chase Freedom,    PO Box 15298,    Wilmington, DE 19850-5298
14005094*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
14005090*      +John G. Gray,    John G. Gray, Esquire,    PO Box 339,    Lima, PA 19037-0339
14005095*      +Nissan Motors Acceptance Corp,    PO Box 660360,    Dallas, TX 75266-0360
14005096*      +PA Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
14005097*      +PNC Mortgage,    PO Box 8807,    Dayton, OH 45401-8807
14005098*      +PSECU,    PO Box 67013,    Harrisburg, PA 17106-7013
13983433*      +Paula A. Behm,    91 Florence Avenue,    Aston, PA 19014-2127
14005091*      +Paula A. Behm,    91 Florence Avenue,    Aston, PA 19014-2127
14005099*      +Riddle Hospital,    PO Box 781242,    Philadelphia, PA 19178-1242
14005100*      +St Mary's,    1201 Langhorn-Newtown Road,    Langhorn, Pa 19047-1201
                                                                                     TOTALS: 0, * 13, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2            User: DonnaR              Page 2 of 2             Date Rcvd: Jan 31, 2018
                                Form ID: pdf900           Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
              JOHN G. GRAY    on behalf of Debtor Paula A. Behm esqjgray@aol.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION KMcDonald@blankrome.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :    Chapter 13
    Paula A. Behm                             :
                                                :    Bankruptcy No. 17-16272AMC
        Debtor.                                :

# O R D E R

**AND NOW**, this 30th day of January, 2018, the Debtor having filed the above bankruptcy case on September 14, 2017,

**AND**, the Debtor having filed two (2) prior bankruptcy cases before the present case:

Including case number 16-13589, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on May 19, 2016 and dismissed on September 13, 2016 for failure to make plan payments,

Including case number 16-16556, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on September 16, 2016 and dismissed on May 19, 2017 for failure to make plan payments,

**AND**, the docket reflecting that the Debtor has failed to make plan payments as requested by the Chapter 13 Trustee,

**AND**, and the debtor having failed to appear at the show cause hearing scheduled for January 30, 2018,

For the reasons stated in open court, the Court finds that the debtor has filed this case in bad faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly it is **ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365

days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, she should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 17-16272, and shall serve such motion upon all of her creditors and the United States Trustee.

Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Paula a. Behm
91 Florence Avenue
Aston, PA  19014

John G. Gray, Esquire
P.O. Box 339
Lima, PA  19037

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Barbara Townsend, Courtroom Deputy